# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PITTMAN, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-00728-AWI-SMS PC<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT<br><br>(ECF No. 16) |

　　　Plaintiff Susan Mae Polk ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a first amended complaint on May 13, 2011. (ECF No. 5.) On September 21, 2011, a second amended complaint was lodged. (ECF No. 16.)

　　　Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'" Amerisource Bergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)).

///
///
///
///

1

1     Plaintiff has previously filed an amended complaint. Plaintiff did not file a motion to amend,
2 nor has the Court granted leave to amend. Accordingly, Plaintiff's second amended complaint,
3 lodged September 21, 2011, is HEREBY ORDERED STRICKEN FROM THE RECORD.

5 IT IS SO ORDERED.

6 **Dated:   September 28, 2011**               **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE