# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK, | CASE NO. 1:11-cv-00728-AWI-BAM PC |
| Plaintiff, | ORDER STRIKING THIRD AMENDED COMPLAINT |
| v. | (ECF Nos. 34, 35) |
| PITTMAN, et al., | |
| Defendants. | |

Plaintiff Susan Mae Polk ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The Court has screened Plaintiff's second amended complaint, and concurrently with this order, a findings and recommendations has issued recommending dismissing certain claims and Defendants. On June 12, 2012, a third amended complaint was lodged and filed.[1] Plaintiff has not filed a motion for leave to file a third amended complaint, nor been granted permission to file an amended complaint by the Court. Accordingly, Plaintiff's third amended complaint, filed June 12, 2012, is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   June 18, 2012            /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff has captioned her complaint "Second Amended Complaint, a second amended complaint was filed on June 8, 2012. To the extent that Plaintiff seeks to make corrections to the second amended complaint the appropriate proceed is to file a third amended complaint.

1