# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK, | CASE NO. 1:11-cv-00728-AWI-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S OBJECTIONS CONSTRUED AS A MOTION FOR RECONSIDERATION |
| v. | |
| PITTMAN, et al., | (ECF No. 29) |
| Defendants. | |

Plaintiff Susan Mae Polk ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2012, Plaintiff's first amended complaint was dismissed, with leave to file a second amended complaint within thirty days. (ECF No. 22.) On April 20, 2012, Plaintiff filed objections to the order dismissing the complaint and a motion for an extension of time. (ECF No. 24, 25.) On April 25, 2012, an order issued denying Plaintiff's motion for an extension of time as moot. (ECF No. 27.) On May 2, 2012, an order issued denying Plaintiff's objections construed as a motion for reconsideration and granting Plaintiff thirty days in which to file a second amended complaint. (ECF No. 28.) On May 9, 2012, Plaintiff filed objections to the order denying Plaintiff's extension of time. (ECF No. 29.)

In the order issued May 9, 2012, the Court addressed Plaintiff's objections to the Magistrate Judge's order issued April 9, 2012. Since this Court granted Plaintiff thirty days in which to file her amended complaint on May 2, 2012 and the court is now proceeding with the amended complaint filed June 12, 2012, Plaintiff's request for reconsideration of the motion for an extension of time

1 | shall be denied as moot.
2 | IT IS SO ORDERED.
3 |
4 | Dated:     August 3, 2012                              _____
  |                                                         CHIEF UNITED STATES DISTRICT JUDGE