UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PITTMAN, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-00728-AWI-BAM PC<br><br>ORDER DISREGARDING PLAINTIFF'S LETTER TO COURT<br><br>(ECF No. 68) |

　　　　Plaintiff Susan Mae Polk ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2011.  On October 22, 2012, the Court issued an order regarding Plaintiff's second amended complaint.  The order dismissed certain claims and defendants and directed Plaintiff either to file an amended complaint or notify the Court that she is willing to proceed only against Defendants Keith, Logan, Gerber, and Mason for failure to protect in violation of the Eighth Amendment.  (ECF No. 47.)

　　　　On April 12, 2013, Plaintiff sent the Court a copy of a letter she wrote to Center for Disease Control and Prevention regarding rodent infestation in the Administrative Segregation Units at California Institute for Women, Central California Women's Facility and Valley State Prison.  (ECF No. 68.)

1

1 | Plaintiff's letter is informational and does not request any relief from this Court that Plaintiff might arguably be entitled to in this action.  Accordingly, Plaintiff's letter filed on April 12, 2013, is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **May 13, 2013**                         /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE