1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA**

10

11  SUSAN MAE POLK,                     )  Case No.: 1:11-cv-00728-AWI-BAM PC
                                        )
12              Plaintiff,              )  ORDER DENYING AS MOOT PLAINTIFF'S
                                        )  REQUEST FOR STAY AND/OR MOTION FOR
13       v.                             )  EXTENSION OF TIME TO FILE AMENDED
                                        )  COMPLAINT (ECF No. 52.)
14  PITTMAN, et al.,                    )
                                        )
15              Defendants.             )  ORDER DENYING AS MOOT PLAINTIFF'S
                                        )  REQUEST TO FILE MOTION FOR
16                                      )  RECONSIDERATION (ECF No. 53.)
                                        )
17                                      )  ORDER DENYING AS MOOT PLAINTIFF'S
                                        )  REQUEST FOR AN EXTENION TO FILE THIRD
18                                      )  AMENDED COMPLAINT (ECF No. 63.)
                                        )
19                                      )
                                        )  ORDER DIRECTING CLERK OF COURT TO
20                                      )  FILE PLAINTIFF'S THIRD AMENDED
                                        )  COMPLAINT (ECF No. 65.)
21                                      )
22  _____ )

23       **I.      Introduction**

24          Plaintiff Susan Mae Polk ("Plaintiff"), a state prisoner proceeding pro se and in forma

25  pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2011.  On October 22,

26  2012, the Court issued an order dismissing certain claims and defendants and granting Plaintiff thirty

27

28

1

days in which to either file an amended complaint or notify the Court that she is willing to proceed on the claims found to be cognizable in the second amended complaint.  (ECF No. 47.)

On December 10, 2012, Plaintiff filed a motion to stay this action.  (ECF No. 49.)  The Court denied the motion on December 13, 2012, and ordered Plaintiff to either file an amended complaint or notify the Court that she is willing to proceed on the claims found cognizable against Defendants Keith, Logan, Gerber and Mason within thirty days.  (ECF No. 50.)

On December 26, 2012, Plaintiff filed three separate motions:  (1) a second motion to stay this action or, in the alternative, a motion for extension of time until February 27, 2013 to file an amended complaint; (2) a request for leave to file a motion for reconsideration of the Court's October 22, 2012 order; and (3) a notice of interlocutory appeal.  (ECF Nos. 52, 53, 54.)

On December 27, 2012, the interlocutory appeal was processed to the Ninth Circuit Court of Appeals.  (ECF No. 56.)  On January 24, 2013, the Ninth Circuit Court of Appeals dismissed the interlocutory appeal for lack of jurisdiction.  (ECF No. 62.)

Thereafter, on January 24, 2013, Plaintiff filed a motion for extension of time to file her third amended complaint to February 18, 2013. (ECF No. 63.)  Plaintiff also lodged her third amended complaint.   (ECF No. 65.)  On January 24, 2013, Plaintiff also filed a motion to disqualify the undersigned magistrate judge for bias.  (ECF No. 64.)

On April 18, 2013, the Ninth Circuit Court of Appeals issued its mandate.  (ECF No. 69.)

**II.      Discussion**

As noted above, Plaintiff lodged her third amended complaint with this Court on January 24, 2013.  (ECF No. 65.)  Based on this action, it appears that Plaintiff neither requires a stay of this action nor an extension of time to submit her third amended complaint.  It also appears that Plaintiff no longer intends to seek reconsideration of the Court's October 22, 2012 order dismissing certain claims and defendants and granting Plaintiff leave to amend.  Accordingly, Plaintiff's motion for stay, motions for extension of time to file an amended complaint and motion seeking leave to file a motion for reconsideration are moot.  The Clerk of the Court will be directed to file Plaintiff's third amended complaint, which was lodged with the Court on January 25, 2013.  Plaintiff is advised that her third amended complaint will be screened pursuant to 28 U.S.C. § 1915A in due course.

**III.     Conclusion and Order**

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's request for stay and/or extension of time to file amended complaint, filed on December 26, 2012, is DENIED as moot.

2.  Plaintiff's request to file motion for reconsideration, filed on December 26, 2012, is DENIED as moot.

3.  Plaintiff's request for an extension to file third amended complaint, filed on January 25, 2103, is DENIED as moot.

4.  The Clerk of the Court is directed to file Plaintiff's third amended complaint, which was lodged with the Court on January 25, 2013.

IT IS SO ORDERED.

Dated:   **May 13, 2013**                    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE