# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PITTMAN, et al.,<br><br>　　　　Defendants. | 1:11-cv-00728-AWI- BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE FOURTH AMENDED COMPLAINT<br>(ECF No. 84)<br><br>ORDER DENYING MOTION FOR STAY AS MOOT<br>(ECF No. 88)<br><br>ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE FOURTH AMENDED COMPLAINT<br><br>Deadline: May 29, 2015 |

Plaintiff Susan Mae Polk ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On December 22, 2014, the Court dismissed Plaintiff's third amended complaint with leave to amend within thirty days. (ECF No. 83.)

On January 22, 2015, Plaintiff requested an extension of time to March 26, 2015, to file her amended complaint. (ECF No. 84.) On the same date, Plaintiff filed objections to the Magistrate Judge's screening order dismissing the third amended complaint with leave to amend. (ECF No. 85.)

On March 11, 2015, Plaintiff filed a motion to stay this action pending resolution of her objections. (ECF No. 88.)

1

On March 27, 2015, Plaintiff filed a second motion for extension of time to file her fourth amended complaint. Plaintiff requests an extension of time to May 29, 2015. (ECF No. 90.)

On March 31, 2015, the district court denied Plaintiff's objections. (ECF No. 91.)

As the district court has addressed Plaintiff's objections, the request for a stay of this action pending resolution of the objections is moot and, on that basis, DENIED. Similarly, the deadline in Plaintiff's first request for an extension of time has passed and her request also is DENIED. However, the Court finds good cause for an extension of time to amend the complaint. Accordingly, Plaintiff's second request for an extension of time to file her fourth amended complaint is GRANTED. Plaintiff shall file her fourth amended complaint, if any, on or before May 29, 2015.

IT IS SO ORDERED.

Dated:   **April 1, 2015**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE