UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>    Plaintiff,<br><br>    v.<br><br>PITTMAN, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00728-DAD-BAM (PC)<br><br>ORDER OVERRULING OBJECTIONS TO MOTION AND ORDER DENYING INTERVENORS' MOTION<br><br>(ECF No. 105) |

Plaintiff Susan Mae Polk ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 5, 2016, the Court issued an order denying a motion by Natavia Lowery, Wayne Albright, Amber Lambert, Sarah Pender, Ann Arias, and Desa Holmes (collectively, "Proposed Intervenors") to intervene in this action as plaintiffs under Federal Rule of Civil Procedure 24(a) and (b). (ECF No. 103.) Currently before the Court are Plaintiff's objections to that order, filed January 13, 2016. (ECF No. 105).

In her objections, Plaintiff asserts that she was not served by the Proposed Intervenors with their motion, and thus they violated Federal Rule of Civil Procedure 5. Plaintiff requests that either the Proposed Intervenors or the clerk of the court be directed to provide her a copy of the motion, or that the motion should be stricken from the record and the order denying the motion be amended.

///

1

1  Generally, Federal Rule of Civil Procedure 5 requires service of a written motion on every
2  party, unless the motion may be heard ex parte. Federal Rule of Civil Procedure 5 (a)(1)(D). Although
3  the Court does not condone any lack of compliance with the rules, in this case the Proposed
4  Intervenors' motion was denied without the need to consider the lack of service of the motion on
5  Plaintiff. Plaintiff has not shown any grounds for requiring that she be served with a copy of this now-
6  decided motion, nor has she shown any grounds for striking the motion from the record or requiring
7  the Court to amend its prior order.
8  For these reasons, it is HEREBY ORDERED that Plaintiff's objections to motion and order
9  denying intervenors' motion are overruled.

IT IS SO ORDERED.

Dated: **January 27, 2016**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2