# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>    Plaintiff,<br><br>v.<br><br>PITTMAN, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00728-DAD-BAM (PC)<br><br>Appeal No. 17-17111<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

    Plaintiff Susan Mae Polk, ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2017, the Court dismissed this action for failure to state a claim. (ECF Nos. 114, 115.) On October 16, 2017, Plaintiff filed a notice of appeal. (ECF No. 120.)

    On October 20, 2017, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

    Dated: **October 24, 2017**        /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE