# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PITTMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00728-DAD-BAM (PC)<br><br>Appeal No. 17-17111<br><br>ORDER GRANTING MOTION FOR DOCUMENTS TO COMPRISE THE EXCERPTS OF RECORD ON APPEAL<br><br>(ECF No. 125)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL COPIES OF EXCERPTS OF RECORD ON APPEAL TO PLAINTIFF BY **DECEMBER 4, 2017** |

Plaintiff Susan Mae Polk, ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On September 12, 2017, the Court dismissed this action for failure to state a claim. (ECF Nos. 114, 115.) On October 16, 2017, Plaintiff filed a notice of appeal. (ECF No. 120.)

On November 13, 2017, Plaintiff filed the instant motion for documents to comprise the excerpts of record on appeal.[1] (ECF No. 125.) Pursuant to Ninth Circuit Rule 30-3, Plaintiff requests copies of ECF Nos. 5, 9, 22, 25, 28, 33–34, 37, 47, 49–50, 64–65, 71–77, 80–83, 85, 87–93, 96–100, 102–119.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for documents to comprise the excerpts of record on appeal, (ECF No. 125) is GRANTED. The Clerk of the Court

---

[1] To the extent Plaintiff seeks transmittal of the record to the Ninth Circuit Court of Appeals, Plaintiff, as a pro se litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.2.

1

1 | is DIRECTED to mail copies of ECF Nos. 5, 9, 22, 25, 28, 33–34, 37, 47, 49–50, 64–65, 71–77,
2 | 80–83, 85, 87–93, 96–100, 102–119 to Plaintiff at her current address of record by **December 4,**
3 | **2017**.

IT IS SO ORDERED.

    Dated:   **November 16, 2017**            /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE